ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN TEAL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, DOES I through X, inclusive; CAL-WESTERN RECONVEYANCE CORPORATION, a foreign entity, ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00517-GMN-RJJ<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BAC HOME LOANS SERVICING, LP TO FILE INITIAL RESPONSIVE PLEADING**<br><br>(First Request) |

Defendant BAC HOME LOANS SERVICING, LP ("BAC") and Plaintiff JUSTIN TEAL, by and through their undersigned attorneys, hereby stipulate and agree that BAC shall have an additional two weeks, up to and including, April 28, 2011, to file a response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{LV027645;1}

This is the parties' first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED this 14th day of April, 2011.                                  DATED this 14th day of April, 2011.

**AKERMAN SENTERFITT LLP**                                           **COGBURN LAW OFFICE, LLC**

/s/ Christina S. Bhirud                                              /s/ Jamie S. Cogburn
ARIEL E. STERN, ESQ.                                                 JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8276                                                  Nevada Bar No. 8409
CHRISTINA S. BHIRUD, ESQ.                                            DAVID J. WEDEMEYER, ESQ.
Nevada Bar No. 11462                                                 Nevada Bar No. 11318
400 South Fourth Street, Suite 450                                   9555 S. Eastern Avenue, Suite 280
Las Vegas, Nevada 89101                                              Las Vegas, Nevada 89123

*Attorneys for Defendant*                                            *Attorneys for Plaintiff*
*BAC Home Loans Servicing, LP*

## ORDER

**IT IS SO ORDERED** this 18th day of April, 2011.

Gloria M. Navarro
United States District Judge

{LV027645;1}                                    2