1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
3 CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
4 AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
5 Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
6 Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
7 Email: jacob.bundick@akerman.com
Email: christina.bhirud@akerman.com
8
*Attorneys for Defendant*
9 *BAC Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN TEAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, DOES I through X, inclusive; CAL-WESTERN RECONVEYANCE CORPORATION, a foreign entity, ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00517-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Defendants BAC HOME LOANS SERVICING, LP ("BAC"), CAL-WESTERN RECONVEYANCE CORPORATION, and Plaintiff JUSTIN TEAL, through their respective counsel, hereby stipulate and agree that the above-captioned litigation is dismissed with prejudice as against BAC.

/ / /

/ / /

/ / /

/ / /

/ / /

{LV029800;1}

1   The parties further stipulate to vacate all pending motions and hearings, and that each party
2   shall bear their own attorney's fees and costs.  BAC stipulates and agrees that upon timely receipt of
3   Plaintiff's executed loan modification paperwork, BAC will, within a reasonable time, reinstate the
4   loan and rescind the Notice of Default.

5   DATED this 29th day of April, 2011.                    DATED this 29th day of April, 2011.

6   **AKERMAN SENTERFITT LLP**                              **COGBURN LAW OFFICE, LLC**

8   /s/ Christina S. Bhirud                                 /s/ Jamie S. Cogburn
    ARIEL E. STERN, ESQ.                                    JAMIE S. COGBURN, ESQ.
9   Nevada Bar No. 8276                                     Nevada Bar No. 8409
    JACOB BUNDICK, ESQ.                                     DAVID J. WEDEMEYER, ESQ.
10  Nevada Bar No. 9772                                     Nevada Bar No. 11318
    CHRISTINA S. BHIRUD, ESQ.                               ANDREW L. REMPFER, ESQ.
11  Nevada Bar No. 11462                                    Nevada Bar No. 8628
    400 South Fourth Street, Suite 450                      9555 S. Eastern Avenue, Suite 280
12  Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89123

13  *Attorneys for Defendant*                               *Attorneys for Plaintiff*
14  *BAC Home Loans Servicing, LP*

15  **PITE DUNCAN**

17  /s/ Christopher Alan James Swift
    GREGG A. HUBLEY, ESQ.
18  Nevada Bar No. 7386
    CHRISTOPHER ALAN JAMES SWIFT, ESQ.
19  Nevada Bar No. 11291
    701 Bridger Avenue, Suite 700
20  Las Vegas, Nevada 89101

22  *Attorneys for Defendant*
    *Cal-Western Reconveyance Corporation*

**IT IS SO ORDERED** this 3rd day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

{LV029800;1}                               2