LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
CHRISTOPHER A.J. SWIFT (NV Bar #011291)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
<u>MAILING ADDRESS</u>
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Ghubley@piteduncan.com

Attorneys for Defendant CAL-WESTERN RECONVEYANCE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN TEAL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BAC HOME LOANS SERVICING, LP, DOES I through X, inclusive; CAL-WESTERN RECONVEYANCE CORPORATION, a foreign entity, ROE CORPORATIONS, I through X, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00517-GMN-RJJ<br><br>**STIPULATION AND *PROPOSED* ORDER DISMISSING DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION** |

Plaintiff, JUSTIN TEAL ("Plaintiff") and Defendant, CAL-WESTERN RECONVEYANCE CORPORATION ("Cal-Western"), by and through their undersigned and respective counsel, hereby stipulate and agree that the above-named case and all claims shall be dismissed in their entirety, with prejudice, as to Defendant Cal-Western.

/./././

/./././

/././.

/./././

2396065.wpd

1 | The parties further stipulate and agree to vacate all pending motions and hearing, with each
2 | party to bear its own fees and costs.

3 | DATED this 3rd day of May, 2011.                    DATED this 3rd day of May, 2011.

4 | PITE DUNCAN, LLP                                    COGBURN LAW OFFICE, LLC

6 | /s/ Christopher A.J. Swift                          /s/ Jamie S. Cogburn
LAUREL I. HANDLEY                                        JAMIE S. COGBURN
GREGG A. HUBLEY                                          DAVID WEDEMEYER
7 | CHRISTOPHER A.J. SWIFT                              *Attorneys for Plaintiff*
*Attorneys for Defendant Cal-Western*
8 | *Reconveyance Corporation*

9 | **ORDER**

10 | **IT IS SO ORDERED** this 4th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

-2-

2396065.wpd